478 A.2d 68

Bank of Central Pa., Appellant, v. Bubb, et al.
Petition for Allowance of Appeal
Denied Oct. 10, 1984.

Argued February 15, 1984. Ronald C. Travis, for appellant; Charles A. Szybist, for appellees.

Before CAVANAUGH, CIRILLO and WATKINS, JJ.

Order affirmed.